SEALED BY ORDER OF COURT (struck through)



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08-00144 JW |
| Plaintiff, | |
| v. | SEALING ORDER |
| RAMON SCRUGGS, ALLAN DANTO, and HEIDI MACPHERSON, a/k/a Heidi Lyn Pfeiffer, | |
| Defendants. | |

Upon application of the United States and good cause appearing, IT IS HEREBY ORDERED that the indictment in the above-referenced case, as well as this order, be sealed and not made available to the public until there has been a further order of the Court.

IT IS SO ORDERED.

DATED: 3/7/08

NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

