1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5045
7       Facsimile: (408) 535-5066
        E-Mail: jeff.nedrow@usdoj.gov
8

9  Attorneys for Plaintiff

FILED
APR - 9 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,           ) CR No. : 08-00144-JW
                                          )
14 |         Plaintiff,                   ) UNSEALING APPLICATION AND
                                          ) PROPOSED ORDER
15 |     v.                               )
                                          )
16 | RAMON SCRUGGS,                       )
     ALLAN DANTO, and                     )
17 | HEIDI MACPHERSON,                    )
        a/k/a                             )
18 |    Heidi Lyn Pfeifer,                )
                                          )
19 |         Defendants.                  )
     _____ )
20

21       The United States, by and through Joseph P. Russoniello, United States Attorney, and

22 Jeffrey D. Nedrow, Assistant United States Attorney, hereby moves the Court for an order

23 unsealing the above-referenced indictment. The United States had previously requested sealing

24 of this indictment because at the time of the return of the original indictment, disclosure to the

25 public of the existence of the indictment, and the allegations contained therein, would have

26 substantially impaired the ongoing criminal investigation. The government has determined that

27 disclosure of the indictment at this point will no longer likely jeopardize the investigation.

28
   GOVERNMENT'S UNSEALING APPLICATION
   AND PROPOSED ORDER

1  Accordingly, there is no longer any just cause to maintain the indictment under seal. The
2  government therefore requests that the Court enter an order unsealing the indictment.

3  DATED: April 8, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          *(signature)*

                                          JEFFREY D. NEDROW
                                          Assistant United States Attorney

GOVERNMENT'S UNSEALING APPLICATION
AND PROPOSED ORDER                         2