FILED
APR - 9 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. : 08-00144-JW |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| RAMON SCRUGGS, ALLAN DANTO, and HEIDI MACPHERSON, a/k/a Heidi Lyn Pfeifer, | |
| Defendants. | |

In light of the government's motion, and for the reasons stated therein, the indictment in U.S. v. Ramon Scruggs et al., CR 08-00144-JW, is hereby ordered unsealed.

IT IS SO ORDERED.

DATED: __4/9__, 2008

HOWARD R. LLOYD
United States Magistrate Judge

GOVERNMENT'S UNSEALING APPLICATION
AND PROPOSED ORDER                                3