JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CSBN 161299)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5045
Facsimile:  (408) 535-5066
Email: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00144-JW |
| Plaintiff, | |
| v. | MOTION FOR SUMMONS |
| RAMON SCRUGGS, ALLAN DANTO, and HEIDI MACPHERSON, a/k/a Heidi Lyn Pfeiffer, | |
| Defendants. | |

Based on the March 6, 2008 indictment returned by a grand jury in this district, the United States hereby requests that the Court issue summons for defendants Ramon Scruggs, Allan Danto, and Heidi MacPherson, a/k/a Heidi Lyn Pfeiffer, requiring their appearance before this Court for arraignment.  The government respectfully requests that the summons require each of the above-listed defendants to appear on May 1, 2008 at 9:30 a.m. before the Hon. Patricia V. Trumbull for initial appearance/arraignment.  The grand jury's return of an indictment against

//
//
//

MOTION FOR SUMMONS

-2-

1  these defendants demonstrates that probable cause exists to summon the defendants to answer the
2  indictment.
3
4                                             Respectfully submitted,
5
6                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
7
8  Dated: April 14, 2008                           /s/
                                              JEFFREY D. NEDROW
9                                             Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION FOR SUMMONS
                                              -2-