1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney

2    BRIAN J. STRETCH (CSBN 163973)
     Chief, Criminal Division
3

4    JEFFREY D. NEDROW (CASBN 161299)
     Assistant United States Attorney

5    150 Almaden Blvd., Suite 900
     San Jose, CA 95113
6    Telephone: (408) 535-5045
     Facsimile:  (408) 535-5066
7    Email: jeff.nedrow@usdoj.gov

8    Attorneys for Plaintiff

9                UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12    UNITED STATES OF AMERICA,     )     No. CR 08-00144-JW
                             )
13        Plaintiff,            )
                             )     [PROPOSED] ORDER FOR SUMMONS
14    v.                    )
                             )
15                              )
   RAMON SCRUGGS,            )
16    ALLAN DANTO, and         )
   HEIDI MACPHERSON,        )
17        a/k/a                 )
       Heidi Lyn Pfeiffer,      )
18                              )
       Defendants.         )
19    _____ )

20        Based on the March 6, 2008 indictment returned by a grand jury in this district,

21 the Court finds that probable cause exists to believe that an offense has been committed.

22 Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue

23 summons directing the defendants Ramon Scruggs, Allan Danto, and Heidi MacPherson, a/k/a

24 Heidi Lyn Pfeiffer to appear on May 1, 2008 at 9:30 am before Magistrate Judge Patricia V.

25 Trumbull to answer the indictment returned in this case.

26 IT IS SO ORDERED.

27

28 Dated: _____      _____
                                            HOWARD R. LLOYD
                                            United States Magistrate Judge