| | |
|---|---|
| JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney | |
| BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division | |
| JEFFREY D. NEDROW (CASBN 161299)<br>Assistant United States Attorney | **FILED**<br>APR 1 5 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
| 150 Almaden Blvd., Suite 900<br>San Jose, CA 95113<br>Telephone: (408) 535-5045<br>Facsimile:  (408) 535-5066<br>Email: jeff.nedrow@usdoj.gov | |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMON SCRUGGS,<br>ALLAN DANTO, and<br>HEIDI MACPHERSON,<br>    a/k/a<br>    Heidi Lyn Pfeiffer,<br><br>    Defendants. | No. CR 08-00144-JW<br><br>[~~PROPOSED~~] ORDER FOR SUMMONS |

Based on the March 6, 2008 indictment returned by a grand jury in this district, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue summons directing the defendants Ramon Scruggs, Allan Danto, and Heidi MacPherson, a/k/a Heidi Lyn Pfeiffer to appear on May 1, 2008 at 9:30 am before Magistrate Judge Patricia V. Trumbull to answer the indictment returned in this case.

IT IS SO ORDERED.

Dated: 4/15/08

HOWARD R. LLOYD
United States Magistrate Judge

[PROPOSED] ORDER FOR SUMMONS