FILED
APR 18 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HEIDI MACPHERSON, aka HEIDI PFEIFFER,<br>et al.,<br><br>　　　　　　Defendants. | No. CR 08-00144-03 JW<br><br>[~~PROPOSED~~] ORDER APPOINTING<br>FEDERAL PUBLIC DEFENDER |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Federal Public Defender is appointed to represent Ms. Heidi Pfeiffer. *Beginning 5/1/08 defendant to pay $100.00 a month toward attorney fees.*

Dated: 4/17/08

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

*\* CJA 23 - submitted*

No. CR 08-00144 JW
ORDER APPOINTING COUNSEL