BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PFEIFFER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>HEIDI MACPHERSON, aka<br>HEIDI PFEIFFER, et al.,<br><br>              Defendants. | No. CR 08-00144-03 JW<br><br>**STIPULATION CONFIRMING THAT DEFENDANT PFEIFFER'S TRAVEL AREA INCLUDES THE STATE OF CALIFORNIA; [PROPOSED] ORDER** |

Defendant Heidi Pfeiffer and the government, through their respective counsel, hereby stipulate that, pursuant to the conditions previously set by the Court on May 1, 2008, the defendant's travel area includes the State of California.  This stipulation is submitted at the request of the Pretrial Services Office for the Central District of California, which advised Ms. Pfeiffer to seek clarification from the Court regarding the scope of her travel area, on grounds that the language of her bond is presently unclear.

Dated:       05/19/08                                       _____/s/_____
                                                                           LARA S. VINNARD
                                                                           Assistant Federal Public Defender

Dated:       05/19/08                                       _____/s/_____
                                                                           JEFF NEDROW
                                                                           Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HEIDI MACPHERSON, aka<br>HEIDI PFEIFFER,<br><br>　　　　Defendant. | No. CR 08-00144-03 JW<br><br>**[PROPOSED] ORDER CONFIRMING THAT DEFENDANT PFEIFFER'S TRAVEL AREA INCLUDES THE STATE OF CALIFORNIA** |

The Court is informed that the Pretrial Services Office for the Central District of California has raised a question regarding the scope of the travel restriction imposed upon defendant Heidi Pfeiffer.

Pursuant to the parties' stipulation, the Court hereby issues this Order confirming that, as previously ordered on May 1, 2008, Ms. Pfeiffer's travel area includes the State of California.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge