UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 5/19/2008  
**Case No.:** CR-08-0144JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Jana Ridenour  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Ramon Scruggs (1) (NC), Allan Danto (2)(NC), Heidi MacPherson (3)(NC)

**Attorney(s) for Plaintiff(s):** Jeff Nedrow

**Attorney(s) for Defendant(s):**
Lara Vinnard for Bruce Funk for Ramon Scruggs (1)(NC),
Daniel Olmos for Allan Danto (2)(NC),
Lara Vinnard for Heidi MacPherson (3)(NC)

## PROCEEDINGS

Status/Trial Setting Hearing

## ORDER AFTER HEARING

Hearing Held. Defendants present and not in custody for proceedings. The Court continued this to June 23, 2008 at 1:30 PM for Further Status Hearing. Defense counsel made an oral motion to excuse the appearance of Defendants for the further status hearing. For the reasons stated on the record, the Court GRANTED the request. The Court excluded time from May 19, 2008 through June 23, 2008 to accommodate time for parties to disclosure and review discovery.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: