1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PFEIFFER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00144-03 JW |
| Plaintiff, | **STIPULATION CONFIRMING THAT DEFENDANT PFEIFFER'S TRAVEL AREA INCLUDES THE STATE OF CALIFORNIA; [PROPOSED] ORDER** |
| v. | |
| HEIDI MACPHERSON, aka HEIDI PFEIFFER, et al., | |
| Defendants. | |

Defendant Heidi Pfeiffer and the government, through their respective counsel, hereby stipulate that, pursuant to the conditions previously set by the Court on May 1, 2008, the defendant's travel area includes the State of California.  This stipulation is submitted at the request of the Pretrial Services Office for the Central District of California, which advised Ms. Pfeiffer to seek clarification from the Court regarding the scope of her travel area, on grounds that the language of her bond is presently unclear.

Dated:      05/19/08                              _____/s/_____
                                                  LARA S. VINNARD
                                                  Assistant Federal Public Defender

Dated:      05/19/08                              _____/s/_____
                                                  JEFF NEDROW
                                                  Assistant United States Attorney

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00144-03 JW |
| Plaintiff, | ) ) | [ XXXXXXXXXX ] ORDER CONFIRMING THAT DEFENDANT PFEIFFER'S TRAVEL AREA INCLUDES THE STATE OF CALIFORNIA |
| v. | ) ) ) | |
| HEIDI MACPHERSON, aka HEIDI PFEIFFER, | ) ) ) | |
| Defendant. | ) ) | |

The Court is informed that the Pretrial Services Office for the Central District of California has raised a question regarding the scope of the travel restriction imposed upon defendant Heidi Pfeiffer.

Pursuant to the parties' stipulation, the Court hereby issues this Order confirming that, as previously ordered on May 1, 2008, Ms. Pfeiffer's travel area includes the State of California.

IT IS SO ORDERED.

Dated: May 20, 2008

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge