JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN #2040855)
JEFFREY D. NEDROW (CSBN #161299)
JEFFREY R. FINIGAN (CSBN #168285)
Assistant United States Attorneys

150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5045
Facsimile: (408) 535-5066
Email: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00144-JW |
| Plaintiff, ) | |
| v. ) | **NOTICE OF ADDITION OF COUNSEL** |
| RAMON SCRUGGS, ) | |
| ALLAN DANTO, and ) | |
| HEIDI MACPHERSON, ) | |
| a/k/a/ Heidi Lyn Pfeiffer, ) | San Jose Venue |
| Defendants. ) | |

The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise the court and counsel that Assistant United States Attorneys ("AUSAs") Matthew A. Parrella and Jeffrey R. Finigan are also assigned to this case. Accordingly, the government respectfully requests that future ECF notices be sent to AUSAs Parrella and Finigan at the email

//

//
NOTICE OF ADDITION OF COUNSEL
[CR 08-00144-JW]

1  addresses of: matthew.parrella@usdoj.gov and jeffrey.finigan@usdoj.gov.

3  DATED: 6/23/08                    Respectfully submitted,

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                     _____
                                     MATTHEW A. PARRELLA
                                     Assistant United States Attorney

NOTICE OF ADDITION OF COUNSEL
[CR 08-00144-JW]