JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN #2040855)
JEFFREY D. NEDROW (CSBN #161299)
JEFFREY R. FINIGAN (CSBN #168285)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5045
   Facsimile:  (408) 535-5066
   Email: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00144 JW |
|     Plaintiff, ) | |
|   v. ) | **AMENDED NOTICE OF ADDITION OF COUNSEL** |
| RAMON SCRUGGS, ) ALLAN DANTO, and ) HEIDI MACPHERSON, )    a/k/a Heidi Lyn Pfeiffer ) | |
|     Defendant. ) | |

    The United States Attorney's Office hereby files this Amended Notice of Addition of Counsel to advise the court and counsel that Assistant United States Attorney ("AUSA") Jeffrey R. Finigan is also assigned to this case. Accordingly, the government respectfully requests that future ECF notices

//

NOTICE OF ADDITION OF COUNSEL
[CR 08-00144-JW]

1  //

2  //

3

4  be sent to AUSA Nedrow (as well as AUSA's Parrella and Finigan) at the email address of

5  jeffrey.finigan@usdoj.gov.

6

7  DATED: June 24, 2008                    Respectfully submitted,

8                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
9

10
                                           _____/s/_____
11                                         JEFFREY R. FINIGAN
                                           Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ADDITION OF COUNSEL
[CR 08-00144-JW]