# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CRIMINAL MINUTES

**Judge: James Ware**  
**Date:   June 23, 2008**  
**Case No.: CR-08-0144 JW**  
**Related Case No.: N/A**

**Courtroom Deputy: Elizabeth Garcia**  
**Court Reporter: Lee-Anne Shortridge**  
**U.S. Probation Officer: N/A**  
**Interpreter:   N/A**

### TITLE

**U.S.A. v. Ramon Scruggs (1) (NC), Allan Danto (2)(NC), Heidi MacPherson (3)(NC)**

**Attorney(s) for Plaintiff(s): Jeff Nedrow**  
**Attorney(s) for Defendant(s): Bruce Funk - Ramon Scruggs (1) (NC),**  
**Tom Nolan - Allan Danto (2)(NC),**  
**Lara Vinnard - Heidi MacPherson (3)(NC)**

### PROCEEDINGS

**Status Hearing**

### ORDER AFTER HEARING

**Hearing Held.  Defendant's presence previously excused for hearing.  The Court continued this matter to September 15, 2008 at 1:30 PM for Further Status/Trial Setting Hearing.  Defense counsel for Defendant MacPherson made an oral motion to excuse defendant from the next court appearance.  Defense counsel for Defendants Danto and Scruggs joined in the Motion.  The Court GRANTED the Wavier of appearance of the Defendant's from the next Court appearance.  Time is excluded from June 23, 2008 through September 25, 2008 for discovery disclosure and efforts to resolve this matter short of trial.**

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: