| | |
|---|---|
| 1 | BARRY J. PORTMAN<br>Federal Public Defender |
| 2 | LARA S. VINNARD<br>Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575<br>San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant MACPHERSON aka PFEIFFER |

FILED

2008 JUL 14 P 2:53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEIDI MACPHERSON aka<br>HEIDI PFEIFFER, et al.,<br><br>Defendant. | No. CR 08-00144-03 JW<br><br>**APPLICATION TO FILE DECLARATION UNDER SEAL; [PROPOSED] ORDER** |

Defendant Heidi Macpherson aka Heidi Pfeiffer, by and through counsel, respectfully requests leave to file the "Declaration of Lara Vinnard in Support of Defendant Pfeiffer's Motion to Reduce Monthly CJA Contribution" **Under Seal**.

This request is made on the grounds that the Declaration contains confidential information regarding Ms. Pfeiffer's finances, and is submitted solely to allow the Court to determine whether she should be required to make a monthly contribution for appointed counsel.

Dated: 7/14/08

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/ Lara Vinnard

LARA S. VINNARD
Assistant Federal Public Defender

APPLICATION TO FILE DECLARATION
UNDER SEAL; [PROPOSED] ORDER
CR 08-00144-03 JW                                1