RECEIVED
2008 JUL 14  PM 3:53
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00144-03 JW |
| Plaintiff, ) | **[PROPOSED] ORDER TO FILE DECLARATION UNDER SEAL** |
| vs. ) | |
| HEIDI MACPHERSON aka ) HEIDI PFEIFFER, et al., ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, upon request of Defendant Pfeiffer, it is hereby ordered that the "Declaration of Lara Vinnard in Support of Defendant Pfeiffer's Motion to Reduce Monthly CJA Contribution" be filed **Under Seal**.

IT IS SO ORDERED.

Date: _____

HOWARD R. LLOYD
United States Magistrate Court

APPLICATION TO FILE DECLARATION
UNDER SEAL; [PROPOSED] ORDER
CR 08-00144-03 JW                                           2