BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant PFEIFFER

**FILED**

2008 JUL 14 P 3: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HEIDI MACPHERSON, aka<br>HEIDI PFEIFFER, et al.,<br><br>　　　　Defendants. | No. CR 08-00144-03 JW<br><br>**DEFENDANT PFEIFFER'S *EX PARTE* REQUEST TO REDUCE MONTHLY CJA CONTRIBUTION; [PROPOSED] ORDER** |

　　　　This Court previously appointed the Federal Public Defender to represent defendant Heidi Pfeiffer, but ordered her to contribute $100.00 per month as a CJA contribution. In light of Ms. Pfeiffer's child care obligations and limited income, this expense poses a financial hardship for Ms. Pfeiffer. Accordingly, the defense respectfully submits this *ex parte* request to reduce or eliminate the monthly contribution. This request is supported by the declaration of Assistant Federal Public Defender Lara Vinnard, submitted herewith under seal.

Dated: 7/14/08

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BARRY J. PORTMAN
　　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　　　LARA S. VINNARD
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

MOTION RE: MONTHLY CONTRIBUTION;
[PROPOSED] ORDER
No. CR 08-00144-03 JW　　　　　　　　1