RECEIVED

2008 JUL 14  PM 3: 53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA  S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00144-03 JW |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER RE:** |
| | ) | **DEFENDANT PFEIFFER'S MONTHLY** |
| v. | ) | **CJA CONTRIBUTION** |
| | ) | |
| HEIDI MACPHERSON, aka | ) | |
| HEIDI PFEIFFER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Heidi Pfeiffer (aka MacPherson) has moved the Court, *ex parte*, to reduce or

eliminate her monthly CJA contribution.  Having reviewed the defendant's submission, the Court

HEREBY ORDERS that defendant Pfeiffer's monthly contribution is reduced to _____.

IT IS SO ORDERED.

Dated:

_____
HOWARD R. LLOYD
United States Magistrate Judge