RECEIVED
2008 JUL 14 PM 3:53
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00144-03 JW |
| Plaintiff, ) | [PROPOSED] ORDER RE: |
| v. ) | DEFENDANT PFEIFFER'S MONTHLY |
|  ) | CJA CONTRIBUTION |
| HEIDI MACPHERSON, aka ) |  |
| HEIDI PFEIFFER, ) |  |
| Defendant. ) |  |

Defendant Heidi Pfeiffer (aka MacPherson) has moved the Court, *ex parte*, to reduce or eliminate her monthly CJA contribution. Having reviewed the defendant's submission, the Court HEREBY ORDERS that defendant Pfeiffer's monthly contribution is reduced to ___zero___.

IT IS SO ORDERED.

Dated: 7/16/08

_____
HOWARD R. LLOYD
United States Magistrate Judge

MOTION RE: MONTHLY CONTRIBUTION;
[PROPOSED] ORDER
No. CR 08-00144-03 JW                     2