RECEIVED
2008 JUL 14 PM 3:53
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEIDI MACPHERSON aka<br>HEIDI PFEIFFER, et al.,<br><br>Defendant. | No. CR 08-00144-03 JW<br><br>[~~PROPOSED~~] ORDER TO FILE<br>DECLARATION UNDER SEAL |

GOOD CAUSE APPEARING, upon request of Defendant Pfeiffer, it is hereby ordered that the "Declaration of Lara Vinnard in Support of Defendant Pfeiffer's Motion to Reduce Monthly CJA Contribution" be filed **Under Seal**.

IT IS SO ORDERED.

Date: 7/16/08

_____
HOWARD R. LLOYD
United States Magistrate Court

APPLICATION TO FILE DECLARATION
UNDER SEAL; [PROPOSED] ORDER
CR 08-00144-03 JW                                    2